**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Cervantes-Panchis ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> United States of America ) <br> ) <br> Respondent. ) <br> _____ ) | No. CIV 05-3080-PHX-SMM <br> CR 05- 603- PHX- SMM <br><br> **MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Movant's *pro se* Motion To Vacate, Set Aside, or Correct Sentence By A Person in Federal Custody filed pursuant to 28 U.S.C. § 2255 (Doc. No. 16).[1] The matter was referred to Magistrate Judge Hector C. Estrada for Report and Recommendation. On October 4, 2007 the Magistrate Judge filed a Report and Recommendation with this Court (Doc. 24). To date, no objections have been filed.

### STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's

---

[1] The docket numbers refer to the docket for CR 05-603-PHX-SMM.

recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998).

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth herein,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge (Doc. 24).

**IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence By A Person in Federal Custody is **DENIED** (Doc. 16), thereby **terminating** CV-05-3080-PHX-SMM (HCE).

DATED this 6th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge